JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL ALEXANDER BRACHO RANGEL (A-245642807), | ) ) ) | Case No. 5:26-cv-02904-KJM |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| WARDEN of the Desert View Facility; ET AL. | ) ) ) | |
| Respondents. | ) ) ) | |
| _____ | ) | |

<u>JUDGMENT</u>

Pursuant to the Order Granting Petition for Writ of Habeas Corpus (ECF No. 9), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus (ECF No. 1) is granted.  Respondents report that Petitioner has been released from custody (ECF No. 10).  The Court thus DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 16, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Rangel v. Warden, et al.*, Case No. 5:26-cv-02904-KJM; Judgment